IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA ANN STAMPS, | ) | CASE NO. 4:06CV00012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| JO ANNE B. BARNHART, | ) | By: B. Waugh Crigler |
| Commissioner of | ) | U. S. Magistrate Judge |
| Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUN 0 7 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

Plaintiff having failed to respond to the Commissioner's May 12, 2006 motion to dismiss within the period prescribed by an Order entered by the undersigned on May 18, 2006, it is

RECOMMENDED

that the presiding District Judge enter an order DISMISSING this action for failure to prosecute.

The Clerk is directed to immediately transmit the record in this case to the presiding District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C.A. § 636(b)(1)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection.

The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
United States Magistrate Judge

DATE: 6-7-06