IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA ANN STAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:06cv00012 |
| v. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | By: **Jackson L. Kiser** |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

On May 12, 2006, the Commissioner of Social Security ("Commissioner") filed a Motion to Dismiss against Plaintiff Patricia Ann Stamp ("Plaintiff"). On May 18, 2006, Magistrate Judge Crigler issued an Order directing Plaintiff to respond to this motion by June 5, 2006. Plaintiff did not respond by this deadline and accordingly Judge Crigler filed a Report recommending that the case be dismissed for failure to prosecute. On June 19, 2006, Plaintiff filed a brief agreeing with Judge Crigler's Report and also requested that her case be dismissed. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The Report and Recommendation of the Judge Crigler filed June 7, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in the Judge Crigler's Report, this action shall be **DISMISSED** with prejudice.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Judge Crigler.

ENTERED this 20th day of June, 2006.

                                                          s/Jackson L. Kiser
                                                          Senior United States District Judge